(106 So. 897)

## C. E. FALKNER v. CITY OF BESSEMER.
(6 Div. 487.)

(Supreme Court of Alabama. Jan. 14, 1926.)

Certiorari to Court of Appeals.

Estes & Smithson and McEniry & McEniry, all of Bessemer, for petitioner.

Bumgardner & Wilson, of Bessemer, opposed.

SOMERVILLE, J. Petition of C. E. Falkner for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Falkner v. City of Bessemer, 106 So. 896.

Writ denied.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.